MARIA LAROCCA, Respondent, v SALVATORE P. DERICCO, Appellant.

Submitted June 11, 2007; decided July 2, 2007

Reported below, 39 AD3d 486.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.